

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 20CR3236-JAH |
| Plaintiff, | **ORDER** |
| v. | |
| Joshua Dylan TORGINSON, | |
| Defendant. | |

The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.

Dated: 11/16/2020

Hon. Andrew G. Schopler
United States Magistrate Judge

1

20CR3236-JAH