UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSHUA TORGISON, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 20CR3236-JAH-01<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, L. MARCEL STEWART, am a citizen of the United States and am at least eighteen years of age. My business address is 600 B Street, Suite 2050, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the foregoing, Defendant Joshua Torgison's Motions to Compel Discovery, Preserve Evidence, and Grant Leave to File Further Motions, on the parties of the case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2020

/s/ L. Marcel Stewart
L. MARCEL STEWART

20CR2992-CAB