STEWART LAW GROUP
L. Marcel Stewart, Esq. SBN #250920
600 B Street, Ste. 2050
San Diego, CA 92101
Tel: 619.702.4123
Fax: 888.810.9115
Email: lmslaw@att.net

Attorney for Joshua Torgison

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 20CR3236-JAH-01 |
|---|---|
| Plaintiff, | ) |
| v. | ) DATE: July 14, 2021 |
|  | ) TIME: 9:45 A.M. |
| JOSHUA TORGISON, | ) **DEFENDANT JOSHUA TORGISON'S SENTENCING SUMMARY CHART** |
| Defendant. | ) |

TO: RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY, AND CONNIE WU, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that Defendant Joshua Torgison, by and through his attorney, L. Marcel Stewart, hereby submits the attached Sentencing Summary Chart as Exhibit One.

Dated: June 11, 2021

                                                    Respectfully submitted,

                                                  /s/ L. Marcel Stewart
                                                  L. MARCEL STEWART
                                                  Attorney for Mr. Joshua Torgison

20CR3236-01

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 20CR3236-JAH-01 |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| JOSHUA TORGISON, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, L. MARCEL STEWART, am a citizen of the United States and am at least eighteen years of age. My business address is 600 B Street, Suite 2050, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the foregoing, Defendant Joshua Torgison's Sentencing Summary Chart, on the parties of the case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2021

/s/ L. Marcel Stewart
L. MARCEL STEWART

20CR3236-01