## Exhibit One
## SENTENCING SUMMARY CHART

USPO ___
AUSA ___
DEF  X

Defendant's Name:   Joshua Torgison              Docket No.: 20CR3236-JAH-01

Guideline Manual Used: NOVEMBER 1, 2019                Agree w/USPO Calc: Yes

**Base Offense Level**: Felon in Possession of Firearm (USSG §2K2.1(a))......... 14

Reduced Base Offense Level based on Minor Role adjustment
(U.S.S.G. § 2D1.1(a)(5)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Specific Offense Characteristics:**
3-7 Firearms (U.S.S.G. § 2K2.1(b)(1)(A)). . . . . . . . . . . . . . . . . . . . . . . . . . . .  +2

Firearm that was reported stolen ((U.S.S.G. § 2K2.1(b)(4)(A)).. . . . . . . . . . . . . .  +2

Adjusted Offense Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  18

**Adjustment for Acceptance of Responsibility:**
(U.S.S.G. §§ 3E1.1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  -3

Total Offense Level:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .....  15

Criminal History Score:.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9

Criminal History Category:.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IV

☐Career Offender    ☐Armed Career Criminal

Guideline Range:.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  from 30
(Range limited by:  ☐minimum mandatory ☐statutory maximum)         to 37
                                                                  months

**Departures:**
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Resulting Offense Level: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Resulting Guideline Range:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  from  30  to
                                                                                    37  months

**Recommendation**: 21 months (variance under 3553(a)); No fine; No S/A; 3 years S/R