# EXHIBIT ONE

Honorable Judge Houston,

    I am writing this letter apologizing sincerely for the wrong decisions that have made which I stand here before you.
    I am here to plead with the court to have compassion and understanding for my actions and give me the opportunity to express the regret I feel for those wrong decisions.
    Honorable Judge Houston during the time I have done in custody has given me the opportunity to reflect on my actions and the repercussions that I now face before you. I realize that my wrong decisions have affected not only myself, but also the people around me. This is affecting my current employment and the responsibilities that have allowed me to be an active law-abiding citizen of my community.
    Therefore, I find myself pleading for my freedom in a new light and not so carelessly as I have done in the past. Your Honor I am asking for an opportunity to receive outpatient treatment so I do not lose my current employment. However, I understand that I need treatment for my addiction in order to continue a good path, but at this time inpatient will only hinder my ability to work.

Continue...

Therefore, I am pleading for your understanding that will allow me to continue to be a responsible person with my job and at the same time receive the treatment I need for my addiction.

Once again, I thank you for your time and consideration and I look forward to receive the proper assistance I need to succeed with my life and prove to the Court that I can be an active and positive citizen of society.

Thank You and God Bless.


Much Regards,

Joshua Torgison