|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR3236-JAH |
|---|---|
| Plaintiff, | |
| v. | |
| JOSHUA DYLAN TORGISON, | **ORDER TO SHORTEN TIME** |
| Defendant. | |

Upon application of the United States and good cause appearing:

IT IS HEREBY ORDERED that the United States' Motion to Shorten Time to file its sentencing papers from June 7, 2021 to June 12, 2021 be granted.

SO ORDERED.

DATED: June 14, 2021

_____
HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE